# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

CHRISTOPHER DECK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0887

———————————————

December 19, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Stephen M. Whyte, Judge.

PER CURIAM.

Affirmed.

KELLY, MORRIS, and SLEET, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.